

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,058-01

**EX PARTE DESIRAE MONIQUE MATA, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 14-4486-A IN THE 106TH DISTRICT COURT FROM GAINES COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of capital murder and sentenced to imprisonment for life without parole.

On June 4, 2019, the trial court granted Applicant a ninety-day extension in which to file a supplemental application. The habeas record has been properly forwarded to this Court by the district clerk pursuant to TEX. R. APP. P. 73.4(b)(5). However, the record has been forwarded without the trial court having completed the habeas proceedings in this case. We remand this application to the 106th District Court of Gaines County to allow the parties and the trial judge to

complete the proceedings, including an evidentiary investigation and the entry of findings of fact and conclusions of law if appropriate.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 150 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 180 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed:      August 21, 2019
Do not publish